UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIZABETH SIMO,

                    Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.
------------------------------------------------------------X

19 CIVIL 3106 (PED)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 19, 2020, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         February 20, 2020

                                          **RUBY J. KRAJICK**
                                            Clerk of Court

                    BY:
                                            **Deputy Clerk**